UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 09-20119-CIV-JORDAN

| | |
|---|---|
| ARIEL A. HERNANDEZ,  Plaintiff | ) ) ) |
| vs. | ) |
| DIRECTOR TIMOTHY RYAN,  Defendant | ) ) ) ) ) |

### ORDER

Upon de novo review, I adopt the report of Magistrate Judge White [D.E. 37], to which no objections have been filed. Accordingly, Mr. Ryan's motion to dismiss [D.E. 35] is DENIED, and Mr. Hernandez's motion for a stay [D.E. 34] is DENIED.

DONE and ORDERED in chambers in Miami, Florida, this 21st day of October, 2009.

_____
Adalberto Jordán
United States District Judge

Copy to:   Counsel of record
           Ariel A. Hernandez, *pro se*
           Jail No. 040061011
           Pretrial Detention Center
           1321 N.W. 13th Street
           Miami, FL 33125